UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NANCY WESTBURY, ) | Case No. 1:18-cv-01277-AJT-MSN |
| Plaintiff, ) | NOTICE OF SETTLEMENT |
| v. ) | |
| CAPITAL ONE BANK (USA), N.A., ) | |
| Defendant. ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Nancy Westbury ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a settlement in the above-captioned matter. The parties anticipate that a Joint Stipulation of Dismissal With Prejudice will be filed within (45) days as the parties finalize a settlement agreement. Pending the Joint Stipulation, the parties respectfully request this honorable Court to vacate all deadlines and hearings.

Plaintiff is filing this Notice with Defendant's approval and permission.

RESPECTFULLY SUBMITTED,

DATED: March 18, 2019

By: /s/ *Francis Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.
Suite 300
Fairfax, VA 22030
(703) 539-2003
Email: frank@fawebb.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will notify all parties, through their attorneys of record, including for **Capital One Bank (USA), N.A.,** the following:

James Patrick McNichol
McGuireWoods LLP (Richmond)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-7323
Fax: (804) 775-1061
Email: pmcnichol@mcguirewoods.com
TERMINATED: 02/27/2019
ATTORNEY TO BE NOTICED

John Darren Sadler
Ballard Spahr LLP (MD)
4800 Montogomery Lane
7th Floor
Bethesda, MD 20814-3401
301-664-6200
Fax: 301-664-6299
Email: sadlerj@ballardspahr.com
ATTORNEY TO BE NOTICED

DATED: March 18, 2019

By: /s/ *Francis Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.
Suite 300
Fairfax, VA 22030
(703) 539-2003
Email: frank@fawebb.com
*Attorney for Plaintiff*