**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| NANCY WESTBURY,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendant. | Case No.: 1:18-cv-01277-AJT-MSN<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Nancy Westbury ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/John D. Sadler (with permission)*<br>John D. Sadler (VA Bar No. 80026)<br>Ballard Spahr LLP<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006-1157<br>T: (202) 661-2200<br>F: (202) 661-2299<br>E: sadlerj@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Francis A. Webb*<br>Francis Alexander Webb<br>Law Office F A Webb, PLLC<br>4103 Chain Bridge Rd., Suite 300<br>Fairfax, VA 22030<br>Email: frank@fawebb.com<br>Tel: (703) 539-2003<br>*COUNSEL FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April 2019, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

John D. Sadler (VA Bar No. 80026)
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
T: (202) 661-2200
F: (202) 661-2299
E: sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

                    */s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd., Suite 300
Fairfax, VA 22030
Email: frank@fawebb.com
Tel: (703) 539-2003
*COUNSEL FOR PLAINTIFF*