# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| NANCY WESTBURY,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendant. | Case No.: 1:18-cv-01277-AJT-MSN<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Nancy Westbury ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/John D. Sadler (with permission)*<br>John D. Sadler (VA Bar No. 80026)<br>Ballard Spahr LLP<br>1909 K Street, NW, 12th Floor<br>Washington, DC 20006-1157<br>T: (202) 661-2200<br>F: (202) 661-2299<br>E: sadlerj@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Francis A. Webb*<br>Francis Alexander Webb<br>Law Office F A Webb, PLLC<br>4103 Chain Bridge Rd., Suite 300<br>Fairfax, VA 22030<br>Email: frank@fawebb.com<br>Tel: (703) 539-2003<br>*COUNSEL FOR PLAINTIFF* |

So ordered
4/30/19

_____
Anthony J. Trenga
United States District Judge

1
STIPULATION OF DISMISSAL